■ EDITH HARARI, Respondent, v DONALD DAVIS, Appellant. [871 NYS2d 907]—Order, Supreme Court, New York County (Laura E. Drager, J.), entered March 13, 2007, which denied respondent's motion to dismiss the petition for a determination on the issues of custody and child support, unanimously affirmed, without costs.

Contrary to respondent's argument, where there has been a showing that an award is necessary to maintain the reasonable needs of the children during the litigation, the court has jurisdiction to prospectively adjudicate child custody and child support issues despite the fact that the unmarried parties continue to live together with their children (see Koerner v Koerner, 170 AD2d 297, 297-298 [1991]).

Motion seeking stay pending appeal denied.

Concur—Mazzarelli, J.P., Moskowitz, Renwick and Freedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MENDOZA, Appellant. [873 NYS2d 535]—

Judgment, Supreme Court, New York County (Bruce Allen, J.), entered June 27, 2007, convicting defendant, after a jury trial, of robbery in the first and second degrees, and also convicting him, upon his plea of guilty, of two counts of attempted robbery in the second degree, and sentencing him, as a persistent violent felony offender, to an aggregate term of 20 years to life, unanimously affirmed.

The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility. There was ample evidence establishing that defendant took the victim's property at knifepoint and also caused physical injury.

Defendant's constitutional challenge to his sentencing as a persistent violent felony offender is without merit (see Almendarez-Torres v United States, 523 US 224 [1998]). Concur—Mazzarelli, J.P., Moskowitz, Renwick and Freedman, JJ.